JS-6/ENTER

ENTERED
CLERK, U.S. DISTRICT COURT

May 27, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

May 27, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THOMAS LEE GLEASON JR., | ) No. CV 15-01055-CBM (DFM) |
|      Petitioner, | ) |
|      v. | ) JUDGMENT |
| E. ARNOLD, Warden, | ) |
|      Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that that the petition is summarily dismissed.

Dated: May 26, 2015



_____
CONSEULO B. MARSHALL
United States District Judge